NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MEXICHEM AMANCO HOLDING S.A. DE C.V.,**
*Appellant*

**v.**

**HONEYWELL INTERNATIONAL INC.,**
*Cross-Appellant*

———————————

2016-1038, 2016-1041

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00576.

———————————

## JUDGMENT

———————————

JOSEPH A. KROMHOLZ, Ryan, Kromholz & Manion, S.C., Milwaukee, WI, argued for appellant. Also represented by PATRICK J. FLEIS.

GREGG F. LOCASCIO, Kirkland & Ellis LLP, Washington, DC, argued for cross-appellant. Also represented by WILLIAM H. BURGESS, NOAH SAMUEL FRANK; JOSEPH J. BERGHAMMER, TIMOTHY J. RECHTIEN, Banner & Witcoff, Ltd., Chicago, IL; JOSEPH MICHAEL SKERPON, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, DYK, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


October 11, 2016                     /s/ Peter R. Marksteiner
       Date                          Peter R. Marksteiner
                                     Clerk of Court